UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0204M-01 (CR) |
| **REMON L. GIBSON,** | : | VIOLATION: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(A)(ii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | 5 Kilograms or More of Cocaine) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about May 6, 2007, within the District of Columbia, **REMON L. GIBSON**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more.

(**Unlawful Possession with Intent to Distribute 5 Kilograms or More of Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.