UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-166 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **REMON L. GIBSON,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Timothy J. Kelly** at telephone number (202) 514-8822 and/or email address **Tim.Kelly@usdoj.gov.**

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
**Timothy J. Kelly**
**Assistant United States Attorney**
**D.C. Bar No. 462-459**
**Federal Major Crimes**
**555 4th Street, NW, Room 4233**
**Washington, DC 20530**
**(202) 353-8822**