UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS. ] | Criminal No. 07-166 (PLF) |
| ] | Judge Paul L. Friedman |
| REMON L. GIBSON, ] | |
| Defendant. ] | |

## NOTICE OF FILING

COMES NOW, the defendant, Remon L. Gibson, by and through counsel, and respectfully request that the attached letters of community support from Sadiki Anderson, Shante Fuller, Roberta Williams, Pamela Miller, Francine Muncey, Jerry Coker, Renee Moore, Shinese Noble and Mr. Anthony Gibson (the defendant's father) which attest to Remon Gibson's good character, be considered by the Court and filed by the Clerk as a part of the sentencing record in this case.

Respectfully submitted,


_____/s/_____
James W. Rudasill, Jr. #318113
717 D Street, N.W.  Ste. 310
Washington, D.C.  20004
202-783-7908
Counsel for Remon L. Gibson


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice, with attachments, was served by facsimile and ECF electronic mail on Timothy J. Kelly, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC, 20530, this 25th day of October, 2007.

_____/s/_____
James W. Rudasill, Jr.