## HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**        :    **Docket No.: CR-07-166-01**

                                    :

           **vs.**                          :

                                    :

**GIBSON, Remon**                   :    Disclosure Date: **September 20, 2007**

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

**FILED**

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                    _____
**Prosecuting Attorney**                                              **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                    _____
**Defendant**          **Date**                              **Defense Counsel**    **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 4, 2007**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    **Page 2**

Defendant's Objections:

Page 6 - Other Criminal Conduct -
    Para 25. Defendant denies that
the sum of $54,050.00 was seized
from him in the Middle District of
North Carolina on August 16, 2005.

Mr. Remon Gibson explanation for the
civil forfeiture seizure is that
these fund were seized from a
vehicle register in his name ~~from~~ while operated
his uncle - Joseph Knowles and        by
brother - Iran Gibson. The money
was funds belonging to defendant's
uncle and brother recording company
" Under Pressure Studios".

Remon Gibson was in New York on
August 16, 2005 and was not
present at the time, place and
location of this ~~fraud~~ money seizure.


Page 7. Personnel and Family Data -

    Para 30. On August 31, 2007 LATINA
Little gave birth to a daughter
JADE GIBSON. JADE is the defendant's
5th child.

Signed by: _[signature]_
(Defendant/Defense Attorney/AUSA)

Date: 10-08-07